Raymond O. BAKER

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Jan. 18, 1974.

Terrence R. Fitzgerald, Deputy Public Defender, Louisville-Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice REED, Reversing.*

---

Clell UPTON, Appellant,

v.

Hallie C. UPTON et al., Appellees.

Court of Appeals of Kentucky.

Jan. 18, 1974.

Stanley A. Stratford, Louisville, for appellant.

William Lehnig, Duncan & Lehnig, Louisville, for appellees.

Memorandum Opinion of the Court by Spec. Commissioner JAMES R. FORD, Affirming.*

---

Tommy Bud SUMNER, Appellant,

v.

COWAN, Superintendent, etc., Commonwealth of Kentucky, et al., Appellees.

Court of Appeals of Kentucky.

Jan. 18, 1974.

Tommy Bud Sumner, pro se.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

---

VARGA, Appellant,

v.

RAWLES, Appellee.

Court of Appeals of Kentucky.

Jan. 18, 1974.

Thomas F. Manby, Jr., Raymond Simpson, Manby, Williamson & Smith, LaGrange, for appellant.

S. Lloyd Cardwell, Stites, McElwain & Fowler, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.